930 A.2d 1281

COMMONWEALTH of Pennsylvania ex
rel. John OLIVER, Jr., Petitioner,

v.

FIRST JUDICIAL DISTRICT of PA, Court of Common Pleas–
Trial Div. and District Attorney's Office, Respondents.

No. 96 EM 2007.

Supreme Court of Pennsylvania.

Aug. 23, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of August, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.